IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Carter, John | Case Number: 07 B 07410 |
|---|---|---|
|  | Norwood-Carter, Josie L | Judge: Hollis, Pamela S |
|  | Printed: 12/28/07 | Filed: 4/24/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 1, 2007
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,905.34 |  |
| Secured: |  | 60.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,104.20 |
| Trustee Fee: |  | 66.46 |
| Other Funds: |  | 674.68 |
| Totals: | 1,905.34 | 1,905.34 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,104.20 | 1,104.20 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 148.63 | 60.00 |
| 5. | HSBC Mortgage Services | Secured | 3,982.00 | 0.00 |
| 6. | Countrywide Home Loans Inc. | Secured | 8,289.77 | 0.00 |
| 7. | Midland Credit Management | Unsecured | 14.43 | 0.00 |
| 8. | B-Real LLC | Unsecured | 1,442.22 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 211.94 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 5.27 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 438.54 | 0.00 |
| 12. | Abdussala Choudry MD | Unsecured |  | No Claim Filed |
| 13. | Direct Tv | Unsecured |  | No Claim Filed |
| 14. | AT&T | Unsecured |  | No Claim Filed |
| 15. | Crandon Emergency Physician | Unsecured |  | No Claim Filed |
| 16. | Spiegel | Unsecured |  | No Claim Filed |
| 17. | I G Labanauskas MD | Unsecured |  | No Claim Filed |
| 18. | Sears / Citibank SD | Unsecured |  | No Claim Filed |
| 19. | Marquette Radiology Associates | Unsecured |  | No Claim Filed |
| 20. | Sang Suh MD | Unsecured |  | No Claim Filed |
| 21. | Elbert Smith | Unsecured |  | No Claim Filed |
| 22. | Sears Consumer Finance | Unsecured |  | No Claim Filed |
| 23. | Sinai Health System | Unsecured |  | No Claim Filed |
| 24. | South Shore Hospital | Unsecured |  | No Claim Filed |
| 25. | South Shore Hospital | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Carter, John
        Norwood-Carter, Josie L
        Printed:  12/28/07

Case Number:  07 B 07410
Judge:  Hollis, Pamela S
Filed:  4/24/07

| | | | | |
|---|---|---|---|---|
| 26. | South Shore Hospital | Unsecured | | No Claim Filed |
| 27. | South Shore Hospital | Unsecured | | No Claim Filed |
| 28. | Blue Cross & Blue Shield | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 15,637.00 | $ 1,164.20 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 66.46 |
| | _____ |
| | $ 66.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

